## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐ *Schedule H: Codebtors* (Official Form 206H)
☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule*
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 24, 2019**          X **/s/ Martin A. Maniaci**
                                            Signature of individual signing on behalf of debtor

                                            **Martin A. Maniaci**
                                            Printed name

                                            Position or relationship to debtor

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| | |
|---|---|
| Debtor name | **DJM Holdings, LTD** |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF OHIO** |
| Case number (if known): | **19-12950** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Home Mortgage P.O. Box 64197 Baltimore, MD 21264 | | 14907 Tokay Maple Heights, OH | | $77,131.00 | $25,000.00 | $52,131.00 |
| American Home Mortgage P.O. Box 660029 Dallas, TX 75266 | | 19769 Maple Hts Maple Heights, OH | | $79,689.00 | $30,000.00 | $49,689.00 |
| BSI 314 S Franklin Street 2nd Floor Titusville, PA 16354 | | 5317 Thomas Maple Heights, OH | | $89,889.00 | $25,000.00 | $64,889.00 |
| BSI 314 S Franklin Street 2nd Floor Titusville, PA 16354 | | 20609 Mountville Maple Heights, OH | | $86,468.00 | $25,000.00 | $61,468.00 |
| BSI 314 S Franklin Street 2nd Floor Titusville, PA 16354 | | 21304 Franklin Maple Heights, OH | | $84,585.00 | $30,000.00 | $54,585.00 |
| Chase 3415 Vision Drive Mailcode OH 4 7142 Columbus, OH 43219 | | 5220 Stanley Maple Heights, OH | | $82,334.00 | $30,000.00 | $52,334.00 |
| Mr Cooper P O Box 60516 City of Industry, CA 91716 | | 544 E. 253 Euclid, OH | | $76,662.00 | $25,000.00 | $51,662.00 |
| Mr Cooper P O Box 60516 City of Industry, CA 91716 | | 16775 Gerard Maple Heights, OH | | $81,508.00 | $30,000.00 | $51,508.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mr Cooper P O Box 60516 City of Industry, CA 91716 | | 17274 McCracken Maple Heights, OH | | $87,680.00 | $30,000.00 | $57,680.00 |
| Ocwen P O Box 660264 Dallas, TX 75266 | | 5031 E 114 Garfield Heights, OH | | $85,402.00 | $25,000.00 | $60,402.00 |
| Real Time Resolutions P O Box 840923 Dallas, TX 75284 | | 14612 Reddington Maple Heights, OH | | $83,780.00 | $25,000.00 | $58,780.00 |
| Select Portfolio Servicing Corp P O Box 65250 Salt Lake City, UT 84165 | | 19431 Maple Hts. Maple Heights, OH | | $86,920.00 | $30,000.00 | $56,920.00 |
| Select Portfolio Servicing Corp P O Box 65250 Salt Lake City, UT 84165 | | 8131 Garfield Garfield Heights, OH | | $81,837.00 | $25,000.00 | $56,837.00 |
| Select Portfolio Servicing Corp P O Box 65250 Salt Lake City, UT 84165 | | 5165 Arch Maple Heights, OH | | $85,238.00 | $30,000.00 | $55,238.00 |
| Selene Finance P O Box 71243 Philadelphia, PA 19176 | | 5611 South Maple Heights, OH | | $82,423.00 | $30,000.00 | $52,423.00 |
| Shellpoint P O Box 19006 Greenville, SC 29602 | | 5199 Arch Maple Heights, OH | | $81,639.00 | $30,000.00 | $51,639.00 |
| Shellpoint P O Box 19006 Greenville, SC 29602 | | 5247 Henry Maple Heights, OH | | $85,937.00 | $30,000.00 | $55,937.00 |
| Specialized Loan Servicing P O Box 60535 City of Industry, CA 91716 | | 14703 Granger Maple Heights, OH | | $87,365.00 | $35,000.00 | $52,365.00 |
| Specialized Loan Servicing P O Box 60535 City of Industry, CA 91716 | | 5139 Philip Maple Heights, OH | | $82,293.00 | $30,000.00 | $52,293.00 |
| Wells Fargo Home Mortgage P O Box 10335 Des Moines, IA 50336 | | 5200 Catherine Maple Heights, OH | | $82,735.00 | $30,000.00 | $52,735.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Fill in this information to identify the case: |

Debtor name    **DJM Holdings, LTD**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OHIO

Case number (if known)    **19-12950**

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.......................................................................................    $    **1,249,225.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*...................................................................................    $    **14,500.00**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.....................................................................................    $    **1,263,725.00**

| Part 2: | Summary of Liabilities |

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................    $    **3,019,313.05**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................    $    **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$    **0.00**

4.    **Total liabilities** ...................................................................................................
    Lines 2 + 3a + 3b    $    **3,019,313.05**

19-12950-aih    Doc 20    FILED 06/24/19    ENTERED 06/24/19 10:01:24    Page 4 of 62

| Fill in this information to identify the case: |
| --- |

Debtor name   **DJM Holdings, LTD**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   **19-12950**

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1.   **Checking account First National Bank** | **Checking** | | **Unknown** |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$0.00** |
| --- |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:**    **Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** <br> Office furniture, computer, fax/printer, phones | $0.00 | | $3,000.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

43. **Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | $3,000.00 |
| --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description <br> Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| | | | |
|---|---|---|---|
| 47.1. | **2010 Lexus** | $0.00 | N/A | $5,000.00 |
| 47.2. | **2006 Mercedes** | $0.00 | N/A | $6,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**                                                                 **$11,500.00**

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    - ■ No
    - ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    - ■ No
    - ☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

- ☐ No. Go to Part 10.
- ■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **9206 Miles**<br>**Cleveland, OH** | | $0.00 | | $24,225.00 |
| 55.2.  **4673 Osborn**<br>**Garfield Heights, OH** | | $0.00 | | $30,000.00 |
| 55.3.  **15312 Fernway**<br>**Maple Heights, OH** | | $0.00 | | $30,000.00 |
| 55.4.  **5220 Stanley**<br>**Maple Heights, OH** | | $0.00 | | $30,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| | | | |
|---|---|---|---|
| 55.5. | **17274 McCracken**<br>**Maple Heights, OH** | $0.00 | $30,000.00 |
| 55.6. | **4433 E. 131**<br>**Garfield Heights** | $0.00 | $25,000.00 |
| 55.7. | **13111 Cranwood**<br>**Pkwy**<br>**Garfield Heights, OH** | $0.00 | $25,000.00 |
| 55.8. | **544 E. 253**<br>**Euclid, OH** | $0.00 | $25,000.00 |
| 55.9. | **16510 Maple Hts.**<br>**Maple Heights, OH** | $0.00 | $30,000.00 |
| 55.10. | **15400 Fernway**<br>**Maple Heights** | $0.00 | $30,000.00 |
| 55.11. | **5534 South Blvd.**<br>**Maple Heights, OH** | $0.00 | $25,000.00 |
| 55.12. | **19415 Maple Hts.**<br>**Maple Heights, OH** | $0.00 | $30,000.00 |
| 55.13. | **19501 Milan**<br>**Maple Heights, OH** | $0.00 | $30,000.00 |
| 55.14. | **16775 Gerard**<br>**Maple Heights, OH** | $0.00 | $30,000.00 |
| 55.15. | **14612 Reddington**<br>**Maple Heights, OH** | $0.00 | $25,000.00 |
| 55.16. | **5031 E 114**<br>**Garfield Heights, OH** | $0.00 | $25,000.00 |
| 55.17. | **14907 Tokay**<br>**Maple Heights, OH** | $0.00 | $25,000.00 |
| 55.18. | **5222 Cato**<br>**Maple Heights, OH** | $0.00 | $30,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

| 55.19 | 5437 Grasmere<br>Maple Heights, OH | | $0.00 | | $30,000.00 |
|---|---|---|---|---|---|
| 55.20 | 5123 Theodore<br>Maple Heights, OH | | $0.00 | | $30,000.00 |
| 55.21 | 5547 Grasmere<br>Maple Heights, OH | | $0.00 | | $30,000.00 |
| 55.22 | 5199 Arch<br>Maple Heights, OH | | $0.00 | | $30,000.00 |
| 55.23 | 5611 South<br>Maple Heights, OH | | $0.00 | | $30,000.00 |
| 55.24 | 5317 Thomas<br>Maple Heights, OH | | $0.00 | | $25,000.00 |
| 55.25 | 19431 Maple Hts.<br>Maple Heights, OH | | $0.00 | | $30,000.00 |
| 55.26 | 8131 Garfield<br>Garfield Heights, OH | | $0.00 | | $25,000.00 |
| 55.27 | 19769 Maple Hts<br>Maple Heights, OH | | $0.00 | | $30,000.00 |
| 55.28 | 5165 Arch<br>Maple Heights, OH | | $0.00 | | $30,000.00 |
| 55.29 | 5645 Waterbury<br>Maple Heights, OH | | $0.00 | | $25,000.00 |
| 55.30 | 5200 Catherine<br>Maple Heights, OH | | $0.00 | | $30,000.00 |
| 55.31 | 5139 Philip<br>Maple Heights, OH | | $0.00 | | $30,000.00 |
| 55.32 | 20609 Mountville<br>Maple Heights, OH | | $0.00 | | $25,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| 55.33 | **5542 South**<br>**Maple Heights, OH** | | $0.00 | | $30,000.00 |
|---|---|---|---|---|---|
| 55.34 | **21304 Franklin**<br>**Maple Heights, OH** | | $0.00 | | $30,000.00 |
| 55.35 | **5154 Anthony**<br>**Maple Heights, OH** | | $0.00 | | $40,000.00 |
| 55.36 | **5540 Dalewood**<br>**Maple Heights, OH** | | $0.00 | | $35,000.00 |
| 55.37 | **5247 Henry**<br>**Maple Heights, OH** | | $0.00 | | $30,000.00 |
| 55.38 | **14703 Granger**<br>**Maple Heights, OH** | | $0.00 | | $35,000.00 |
| 55.39 | **21113 Watson**<br>**Maple Heights, OH** | | $0.00 | | $25,000.00 |
| 55.40 | **5239 Joseph**<br>**Maple Heights, OH** | | $0.00 | | $25,000.00 |
| 55.41 | **21310 Kenyon**<br>**Maple Heights, OH** | | $0.00 | | $25,000.00 |
| 55.42 | **5536 Elmwood**<br>**Maple Heights, OH** | Owner | $0.00 | | $15,000.00 |
| 55.43 | **20607 Gardenview**<br>**Maple Hts., OH** | | $0.00 | | $30,000.00 |
| 55.44 | **20607 Gardenview**<br>**Maple Heights, OH**<br>**44137** | | $0.00 | | $30,000.00 |

56.   **Total of Part 9.**

      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

|  |
|---|
| **$1,249,225.00** |

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ☑ No

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 6

☐ Yes

58.      **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 10: | Intangibles and intellectual property |
|----------|---------------------------------------|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|----------|------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

                    Name

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $11,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................................................> | | $1,249,225.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $14,500.00 | + 91b.  $1,249,225.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $1,263,725.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** List Creditors Who Have Secured Claims

| | |
|---|---|
| 2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A — **Amount of claim** — Do not deduct the value of collateral. / Column B — **Value of collateral that supports this claim** |

**2.1** American Home Mortgage
Creditor's Name

P.O. Box 64197
Baltimore, MD 21264
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**10/20/04**
Last 4 digits of account number
**6133**

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**1. American Home Mortgage**
**2. Cuyahoga County Treasurer**

Describe debtor's property that is subject to a lien
**14907 Tokay**
**Maple Heights, OH**

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$77,131.00**  Value of collateral: **$25,000.00**

---

**2.2** American Home Mortgage
Creditor's Name

P.O. Box 660029
Dallas, TX 75266
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/3/06**
Last 4 digits of account number
**1630**

Describe debtor's property that is subject to a lien
**19769 Maple Hts**
**Maple Heights, OH**

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Amount of claim: **$79,689.00**  Value of collateral: **$30,000.00**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **1. American Home Mortgage** | ☐ Disputed |
| **2. Cuyahoga County Treasurer** | |

---

| 2.3 | **BSI** | **Describe debtor's property that is subject to a lien** | **$89,889.00** | **$25,000.00** |
|---|---|---|---|---|

Creditor's Name

**314 S Franklin Street**
**2nd Floor**
**Titusville, PA 16354**

Creditor's mailing address

**5317 Thomas**
**Maple Heights, OH**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/17/05**

**Last 4 digits of account number**
**6850**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **BSI** | **Describe debtor's property that is subject to a lien** | **$86,468.00** | **$25,000.00** |
|---|---|---|---|---|

Creditor's Name

**314 S Franklin Street**
**2nd Floor**
**Titusville, PA 16354**

Creditor's mailing address

**20609 Mountville**
**Maple Heights, OH**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/6/09**

**Last 4 digits of account number**
**0763**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **BSI** | **Describe debtor's property that is subject to a lien** | **$84,585.00** | **$30,000.00** |
|---|---|---|---|---|

Creditor's Name

**314 S Franklin Street**
**2nd Floor**
**Titusville, PA 16354**

**21304 Franklin**
**Maple Heights, OH**

---

Creditor's mailing address

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/29/06**

**Last 4 digits of account number**
**5277**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.6 | **BSI** | **Describe debtor's property that is subject to a lien** | $87,000.00 | $40,000.00 |
|---|---|---|---|---|

Creditor's Name

**314 S Franklin Street**
**2nd Floor**
**Titusville, PA 16354**

Creditor's mailing address

**5154 Anthony**
**Maple Heights, OH**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/14/06**

**Last 4 digits of account number**
**5875**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.7 | **Chase** | **Describe debtor's property that is subject to a lien** | $71,679.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**3415 Vision Drive**
**Mailcode OH 4 7142**
**Columbus, OH 43219**

Creditor's mailing address

**4673 Osborn**
**Garfield Heights, OH**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/16/00**

**Last 4 digits of account number**
**3733**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

19-12950-aih    Doc 20    FILED 06/24/19    ENTERED 06/24/19 10:01:24    Page 15 of 62

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Chase** | Describe debtor's property that is subject to a lien | $82,334.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**3415 Vision Drive**
**Mailcode OH 4 7142**
**Columbus, OH 43219**
Creditor's mailing address

**5220 Stanley**
**Maple Heights, OH**

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**
**5/24/01**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4541**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.9 | **Chase** | Describe debtor's property that is subject to a lien | $71,188.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 9001123**
**Louisville, KY 40290**
Creditor's mailing address

**4433 E. 131**
**Garfield Heights**

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?

☑ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

**Date debt was incurred**
**1/30/02**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**4566**

As of the petition filing date, the claim is:
Check all that apply

**Do multiple creditors have an interest in the same property?**

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.10 | **Chase** | Describe debtor's property that is subject to a lien | $69,005.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 9001123**
**Louisville, KY 40290**
Creditor's mailing address

**13111 Cranwood Pkwy**
**Garfield Heights, OH**

Describe the lien
**First Mortgage**
Is the creditor an insider or related party?

☑ No

---

Name

Creditor's email address, if known

**Date debt was incurred**
**3/8/02**
**Last 4 digits of account number**
**4558**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes
**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | **Cuyahoga County Treasurer** | **Describe debtor's property that is subject to a lien** | **$5,455.87** | **$30,000.00** |
|---|---|---|---|---|

Creditor's Name

**1219 Ontario St**
**Cleveland, OH 44113**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2009**
**Last 4 digits of account number**
**3031**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**20607 Gardenview**
**Maple Heights, OH 44137**

**Describe the lien**
**Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Cuyahoga County Treasurer** | **Describe debtor's property that is subject to a lien** | **$3,973.73** | **$15,000.00** |
|---|---|---|---|---|

Creditor's Name

**1219 Ontario St**
**Cleveland, OH 44113**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2009**
**Last 4 digits of account number**
**6028**
**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**5536 Elmwood**
**Maple Heights, OH**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| 2.1 3 | **Cuyahoga County Treasurer** | | **$5,640.67** | **$25,000.00** |
|---|---|---|---|---|

**Cuyahoga County Treasurer**
Creditor's Name

**1219 Ontario St**
**Cleveland, OH 44113**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2009**
**Last 4 digits of account number**
**6082**
**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**5645 Waterbury**
**Maple Heights, OH**

**Describe the lien**
**Property Tax**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **Cuyahoga County Treasurer** | | **$3,615.74** | **$25,000.00** |
|---|---|---|---|---|

**Cuyahoga County Treasurer**
Creditor's Name

**1219 Ontario St**
**Cleveland, OH 44113**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**2009**
**Last 4 digits of account number**
**5069**
**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First Merit Bank**
**2. Cuyahoga County Treasurer**

**Describe debtor's property that is subject to a lien**
**21113 Watson**
**Maple Heights, OH**

**Describe the lien**
**Property Tax**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Cuyahoga County Treasurer** | | **$6,120.63** | **$25,000.00** |
|---|---|---|---|---|

**Cuyahoga County Treasurer**
Creditor's Name

**1219 Ontario St**
**Cleveland, OH 44113**
Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**14907 Tokay**
**Maple Heights, OH**

**Describe the lien**
**Property Tax**
**Is the creditor an insider or related party?**

■ No
☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2009**
**Last 4 digits of account number**
**4087**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 6 | **Cuyahoga County Treasurer** | | $4,532.14 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**1219 Ontario St**
**Cleveland, OH 44113**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**14612 Reddington**
**Maple Heights, OH**

**Describe the lien**
**Property Tax**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2009**
**Last 4 digits of account number**
**2076**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Real Time Resolutions**
**2. Cuyahoga County Treasurer**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Cuyahoga County Treasurer** | | $4,938.15 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**1219 Ontario St**
**Cleveland, OH 44113**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**19769 Maple Hts**
**Maple Heights, OH**

**Describe the lien**
**Property Tax**
**Is the creditor an insider or related party?**

■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2009**
**Last 4 digits of account number**
**8043**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.2**

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| **2.18** | **$3,789.19** | **$25,000.00** |

**Cuyahoga County Treasurer**
Creditor's Name

**1219 Ontario St
Cleveland, OH 44113**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2009**

**Last 4 digits of account number
5098**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First Merit
2. Cuyahoga County Treasurer**

Describe debtor's property that is subject to a lien
**21310 Kenyon
Maple Heights, OH**

Describe the lien
**Property Tax**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| **2.19** | **$3,954.26** | **$25,000.00** |

**Cuyahoga County Treasurer**
Creditor's Name

**1219 Ontario St
Cleveland, OH 44113**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred
2009**

**Last 4 digits of account number
3143**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. First Merit
2. Cuyahoga County Treasurer**

Describe debtor's property that is subject to a lien
**5239 Joseph
Maple Heights, OH**

Describe the lien
**Property Tax**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | |
|---|---|---|
| **2.20** | **$4,006.13** | **$25,000.00** |

**Cuyahoga County Treasurer**
Creditor's Name

**1219 Ontario St
Cleveland, OH 44113**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**5031 E 114
Garfield Heights, OH**

Describe the lien
**Property Tax**

Is the creditor an insider or related party?
■ No

---

19-12950-aih　　Doc 20　　FILED 06/24/19　　ENTERED 06/24/19 10:01:24　　Page 20 of 62

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

**Date debt was incurred**
**2009**
**Last 4 digits of account number**
**2077**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Ocwen**
**2. Cuyahoga County Treasurer**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Cuyahoga County Treasurer** | **Describe debtor's property that is subject to a lien** | **$5,537.54** | **$30,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**5222 Cato**
**Maple Heights, OH**

**1219 Ontario St**
**Cleveland, OH 44113**

Creditor's mailing address

**Describe the lien**
**Property Tax**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2009**
**Last 4 digits of account number**
**3058**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**1. Ocwen**
**2. Cuyahoga County Treasurer**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Fay Servicing** | **Describe debtor's property that is subject to a lien** | **$80,783.00** | **$35,000.00** |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**5540 Dalewood**
**Maple Heights, OH**

**939 W North Avenue - Suite 680**
**Chicago, IL 60642**

Creditor's mailing address

**Describe the lien**
**First Mortgage**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**2/23/07**
**Last 4 digits of account number**
**8646**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | **Fifth Third Bank** | | $0.00 | $68,185.00 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 630412**
**Cincinnati, OH 45263**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**20607 Gardenview**
**Maple Heights, OH 44137**

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**4/9/07**

Last 4 digits of account number
**4676**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 4 | **First Merit** | | $30,000.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**295 First Merit Circle**
**Akron, OH 44307**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**5239 Joseph**
**Maple Heights, OH**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/14/08**

Last 4 digits of account number
**8001**

Do multiple creditors have an interest in the same property?
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.19**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 5 | **First Merit** | | $30,000.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

Creditor's mailing address

Describe debtor's property that is subject to a lien
**21310 Kenyon**
**Maple Heights, OH**

Describe the lien

---

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**11/14/08**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.18**

---

| | | | | |
|---|---|---|---|---|
| 2.2 6 | **First Merit Bank** | | $30,000.00 | $25,000.00 |

Creditor's Name

**295 FirstMerit Circle**
**Akron, OH 44307-2359**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**21113 Watson**
**Maple Heights, OH**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**
**11/14/08**

**Last 4 digits of account number**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.14**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| 2.2 7 | **Mr Cooper** | | $67,451.00 | $30,000.00 |

Creditor's Name

**P O Box 60516**
**City of Industry, CA 91716**

Creditor's mailing address

Describe debtor's property that is subject to a lien
**15312 Fernway**
**Maple Heights, OH**

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

**Date debt was incurred**
**9/12/00**

**Last 4 digits of account number**
**1371**

Is anyone else liable on this claim?

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

19-12950-aih    Doc 20    FILED 06/24/19    ENTERED 06/24/19 10:01:24    Page 23 of 62

---

| 2.2 8 | **Mr Cooper** | Describe debtor's property that is subject to a lien | **$87,680.00** | **$30,000.00** |

**Mr Cooper**
Creditor's Name

**P O Box 60516**
**City of Industry, CA 91716**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**17274 McCracken**
**Maple Heights, OH**

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**9/26/01**

Last 4 digits of account number
**2988**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.2 9 | **Mr Cooper** | Describe debtor's property that is subject to a lien | **$76,662.00** | **$25,000.00** |

**Mr Cooper**
Creditor's Name

**P O Box 60516**
**City of Industry, CA 91716**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**544 E. 253**
**Euclid, OH**

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/29/02**

Last 4 digits of account number
**4642**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.3 0 | **Mr Cooper** | Describe debtor's property that is subject to a lien | **$77,010.00** | **$30,000.00** |

**Mr Cooper**
Creditor's Name

**P O Box 60516**
**City of Industry, CA 91716**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**16510 Maple Hts.**
**Maple Heights, OH**

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

Date debt was incurred

---

**11/29/01**

**Last 4 digits of account number**
**4790**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 1 | | | | |
|---|---|---|---|---|

**Mr Cooper**

Creditor's Name

**P O Box 60516**
**City of Industry, CA 91716**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**7/21/03**

**Last 4 digits of account number**
**9175**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     **$74,395.00**     **$25,000.00**
**5534 South Blvd.**
**Maple Heights, OH**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 2 | | | | |
|---|---|---|---|---|

**Mr Cooper**

Creditor's Name

**P O Box 60516**
**City of Industry, CA 91716**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**11/14/03**

**Last 4 digits of account number**
**7349**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**     **$77,097.00**     **$30,000.00**
**19415 Maple Hts.**
**Maple Heights, OH**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 3 | | | | |
|---|---|---|---|---|

**Mr Cooper**

**Describe debtor's property that is subject to a lien**     **$79,019.00**     **$30,000.00**

---

| Creditor's Name | | | | |
|---|---|---|---|---|

**P O Box 60516**
**City of Industry, CA 91716**

Creditor's mailing address

19501 Milan
**Maple Heights, OH**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**1/1/04**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**5180**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 4 | | | | |
|---|---|---|---|---|

**Mr Cooper**

Creditor's Name

**P O Box 60516**
**City of Industry, CA 91716**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**      **$81,508.00**      **$30,000.00**
16775 Gerard
**Maple Heights, OH**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**4/12/04**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0709**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 5 | | | | |
|---|---|---|---|---|

**Ocwen**

Creditor's Name

**P O Box 660264**
**Dallas, TX 75266**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**      **$85,402.00**      **$25,000.00**
5031 E 114
**Garfield Heights, OH**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**6/10/04**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1961**

---

| | | |
|---|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ☐ No | ☐ Contingent | |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| **Specified on line 2.20** | ☐ Disputed | |

---

| 2.3 6 | **Ocwen** | **Describe debtor's property that is subject to a lien** | **$77,151.00** | **$30,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **5222 Cato** **Maple Heights, OH** | | |

**P O Box 660264**
**Dallas, TX 75266**
_____
Creditor's mailing address

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**12/8/04**

**Last 4 digits of account number**
**9119**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.21** | ☐ Disputed |

---

| 2.3 7 | **Ocwen** | **Describe debtor's property that is subject to a lien** | **$78,722.00** | **$30,000.00** |
|---|---|---|---|---|
| | Creditor's Name | **5547 Grasmere** **Maple Heights, OH** | | |

**P O Box 660264**
**Dallas, TX 75266**
_____
Creditor's mailing address

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**
**5/18/05**

**Last 4 digits of account number**
**7946**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 8 | **Ocwen** | **Describe debtor's property that is subject to a lien** | **$82,150.00** | **$62,955.00** |
|---|---|---|---|---|
| | Creditor's Name | **5123 Theodore** **Maple Heights, OH  44137** | | |

**P O Box 660264**
**Dallas, TX 75266**
_____
Creditor's mailing address

**Describe the lien**

**First Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**2005**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**7854**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 9 | **Real Time Resolutions** | Describe debtor's property that is subject to a lien | $83,780.00 | $25,000.00 |
|---|---|---|---|---|

Creditor's Name

**P O Box 840923**
**Dallas, TX 75284**

**14612 Reddington**
**Maple Heights, OH**

Creditor's mailing address

**Describe the lien**

**First Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**6/4/04**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**2312**

**Do multiple creditors have an interest in the same property?**

☐ No

■ Yes. Specify each creditor, including this creditor and its relative priority.

**Specified on line 2.16**

**As of the petition filing date, the claim is:**

Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 0 | **Select Portfolio Servicing Corp** | Describe debtor's property that is subject to a lien | $86,920.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**P O Box 65250**
**Salt Lake City, UT 84165**

**19431 Maple Hts.**
**Maple Heights, OH**

Creditor's mailing address

**Describe the lien**

**First Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☐ No

**Date debt was incurred**

**12/27/05**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**2031**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**

Check all that apply

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 1 | **Select Portfolio Servicing Corp** | Describe debtor's property that is subject to a lien | $81,837.00 | $25,000.00 |

Creditor's Name

**P O Box 65250**
**Salt Lake City, UT 84165**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**8131 Garfield**
**Garfield Heights, OH**

**Describe the lien**
**First Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred
**3/27/06**

Last 4 digits of account number
**2915**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 2 | **Select Portfolio Servicing Corp** | Describe debtor's property that is subject to a lien | $85,238.00 | $30,000.00 |

Creditor's Name

**P O Box 65250**
**Salt Lake City, UT 84165**

Creditor's mailing address

Creditor's email address, if known

**Describe debtor's property that is subject to a lien**
**5165 Arch**
**Maple Heights, OH**

**Describe the lien**
**First Mortgage**
Is the creditor an insider or related party?
■ No
☐ Yes

Date debt was incurred
**4/27/06**

Last 4 digits of account number
**3236**

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 3 | **Selene Finance** | Describe debtor's property that is subject to a lien | $82,423.00 | $30,000.00 |

Creditor's Name

**P O Box 71243**
**Philadelphia, PA 19176**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**5611 South**
**Maple Heights, OH**

**Describe the lien**
**First Mortgage**

---

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**9/30/05**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**8096**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 4 | **Seterus** | Describe debtor's property that is subject to a lien | $60,848.00 | $24,225.00 |
|---|---|---|---|---|

Creditor's Name

**9206 Miles**
**Cleveland, OH**

**P O Box 54420**
**Los Angeles, CA 90054**

Creditor's mailing address

**Describe the lien**

**First Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

**11/9/99**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4143**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 5 | **Shellpoint** | Describe debtor's property that is subject to a lien | $81,639.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**5199 Arch**
**Maple Heights, OH**

**P O Box 19006**
**Greenville, SC 29602**

Creditor's mailing address

**Describe the lien**

**First Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

**Date debt was incurred**

**7/27/05**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**4770**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 6 | **Shellpoint** | Describe debtor's property that is subject to a lien | $85,937.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**P O Box 19006**
**Greenville, SC 29602**

Creditor's mailing address

**5247 Henry**
**Maple Heights, OH**

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/15/07**

Last 4 digits of account number
**2598**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 7 | **SN Servicing** | Describe debtor's property that is subject to a lien | $78,434.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**P O Box 660820**
**Dallas, TX 75266**

Creditor's mailing address

**15400 Fernway**
**Maple Heights**

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**8/10/01**

Last 4 digits of account number
**7046**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 8 | **Specialized Loan Servicing** | Describe debtor's property that is subject to a lien | $74,302.00 | $30,000.00 |
|---|---|---|---|---|

Creditor's Name

**P O Box 60535**
**City of Industry, CA 91716**

Creditor's mailing address

**5437 Grasmere**
**Maple Heights, OH**

Describe the lien
**First Mortgage**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No

Date debt was incurred

**1/20/05**

**Last 4 digits of account number**
**7747**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.49 | | | |
|---|---|---|---|

**Specialized Loan Servicing**
Creditor's Name

**P O Box 60535**
**City of Industry, CA 91716**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**
**9/6/06**

**Last 4 digits of account number**
**0207**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**5139 Philip**
**Maple Heights, OH**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$82,293.00**   **$30,000.00**

---

| 2.50 | | | |
|---|---|---|---|

**Specialized Loan Servicing**
Creditor's Name

**P O Box 60535**
**City of Industry, CA 91716**
Creditor's mailing address


Creditor's email address, if known

**Date debt was incurred**
**4/5/07**

**Last 4 digits of account number**
**4370**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**14703 Granger**
**Maple Heights, OH**

**Describe the lien**
**First Mortgage**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**$87,365.00**   **$35,000.00**

---

| 2.51 | | | |
|---|---|---|---|

**Wells Fargo Home Mortgage**

**Describe debtor's property that is subject to a lien**

**$82,735.00**   **$30,000.00**

---

19-12950-aih    Doc 20    FILED 06/24/19    ENTERED 06/24/19 10:01:24    Page 32 of 62

Creditor's Name

**P O Box 10335
Des Moines, IA 50336**

Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**6/28/06**

Last 4 digits of account number
**9084**

Do multiple creditors have an
interest in the same property?

■ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**5200 Catherine
Maple Heights, OH**

**Describe the lien**

**First Mortgage**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

| | |
|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$3,019,313.05** |

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies,
assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

19-12950-aih   Doc 20   FILED 06/24/19   ENTERED 06/24/19 10:01:24   Page 33 of 62

**Fill in this information to identify the case:**

Debtor name   **DJM Holdings, LTD**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OHIO

Case number (if known)   **19-12950**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

  ■ No. Go to Part 2.

  ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
| --- | --- |

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**3.1**    Nonpriority creditor's name and mailing address

                **Date or dates debt was incurred** ____

                **Last 4 digits of account number** ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:** _____

Is the claim subject to offset? ☐ No ☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
| --- | --- |

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
| --- | --- | --- |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
| --- | --- |

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
| --- | --- | --- | --- |
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 0.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 0.00 |

19-12950-aih   Doc 20   FILED 06/24/19   ENTERED 06/24/19 10:01:24   Page 34 of 62

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
     ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest    **Lease on Real Estate**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Alicia Watkins & Jon Walker**<br>**5139 Philip**<br>**Maple Heights, OH 44137** |
| 2.2.   State what the contract or lease is for and the nature of the debtor's interest    **Lease on Real Estate**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Anita Tucker**<br>**14907 Tokay**<br>**Maple Heights, OH 44137** |
| 2.3.   State what the contract or lease is for and the nature of the debtor's interest    **Lease on Real Estate**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Arielle Cooke**<br>**5247 Henry**<br>**Maple Heights, OH 44137** |
| 2.4.   State what the contract or lease is for and the nature of the debtor's interest    **Lease on Real Estate**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Ashley Jackson**<br>**18706 Longview**<br>**Maple Heights, OH 44137** |

19-12950-aih    Doc 20    FILED 06/24/19    ENTERED 06/24/19 10:01:24    Page 35 of 62

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | **Brenda Jones**<br>**14703 Granger**<br>**Maple Heights, OH 44137** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real estate** | |
|---|---|---|---|
| | State the term remaining | | **Cabrina Wilson**<br>**15809 Grant**<br>**Maple Heights, OH 44137** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | **Candi Cornelius**<br>**5143 Anthony**<br>**Maple Heights, OH 44137** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | **Carol Beckwith**<br>**16510 Maple Heights Blvd.**<br>**Maple Heights, OH 44137** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | **Cassandra & Jermaine McDuffy**<br>**19501 Milan**<br>**Maple Heights, OH 44137** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | **Cheryl Bruce**<br>**20609 Mountville**<br>**Maple Heights, OH 44137** |
| | List the contract number of any | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | government contract | |
|---|---|---|

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Crystal Green**<br>**16775 Gerard**<br>**Maple Heights, OH 44137** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Danita & Byron Jackson**<br>**5317 Thomas**<br>**Maple Heights, OH 44137** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **DeJuan Rutledge**<br>**5611 South**<br>**Maple Heights, OH 44137** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Delrita Murphy**<br>**5239 Joseph**<br>**Maple Heights, OH 44137** |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **Divon Smith**<br>**9206 Miles**<br>**Cleveland, OH 44105** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|
| | | **Francine Brown**<br>**5534 South**<br>**Maple Heights, OH 44137** |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any
government contract

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Frank Cesar**
**21113 Watson**
**Maple Heights, OH 44137**

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**George & Jeanette Berry**
**15103 Tokay**
**Maple Heights, OH 44137**

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Gwendolyn Cadogan**
**5199 Arch**
**Maple Heights, OH 44137**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Jameisha Lewis**
**8131 Garfield**
**Garfield Heights, OH 44125**

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|

State the term remaining

List the contract number of any
government contract

**Judy Mizell**
**5123 Theodore**
**Maple Heights, OH 44137**

---

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | **Katora Bright** |
| | List the contract number of any government contract | _____ | **19415 Maple Heights Blvd.**<br>**Maple Heights, OH 44137** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | **Kevin Smith** |
| | List the contract number of any government contract | _____ | **15400 Fernway**<br>**Maple Heights, OH 44137** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | **LaShari Knight** |
| | List the contract number of any government contract | _____ | **21310 Kenyon**<br>**Maple Heights, OH 44137** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | **Lateeka Gaines** |
| | List the contract number of any government contract | _____ | **17274 McCracken**<br>**Maple Heights, OH 44137** |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | **LaTonya Dixon** |
| | List the contract number of any government contract | _____ | **13111 Cwood Park**<br>**Garfiels Heights, OH 44125** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | **Mary Dunson** |
| | List the contract number of any | | **5540 Dalewood**<br>**Maple Heights, OH 44137** |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| government contract | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Lease on Real Estate | |
| --- | --- | --- | --- |
| | State the term remaining | | **Monica Hicks** |
| | List the contract number of any government contract | | **5384 Auburn** |
| | | | **Maple Heights, OH 44137** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Lease on Real Estate | |
| --- | --- | --- | --- |
| | State the term remaining | | **Monica Hudson-Rushing** |
| | List the contract number of any government contract | | **4433 E. 131** |
| | | | **Garfield Heights, OH 44125** |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Lease on Real Estate | |
| --- | --- | --- | --- |
| | State the term remaining | | **Natasha Edwards** |
| | List the contract number of any government contract | | **15312 Fernway** |
| | | | **Maple Heights, OH 44137** |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Lease on Real Estate | |
| --- | --- | --- | --- |
| | State the term remaining | | **Nickol Smith** |
| | List the contract number of any government contract | | **5154 Anthony** |
| | | | **Maple Heights, OH 44137** |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Lease on Real Estate | |
| --- | --- | --- | --- |
| | State the term remaining | | **Nicole Hackney** |
| | List the contract number of any government contract | | **20607 Gardenview** |
| | | | **Maple Heights, OH 44137** |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Lease on Real Estate | **Ronald Bright** |
| --- | --- | --- | --- |
| | | | **19769 Maple Heights Blvd.** |
| | | | **Maple Heights, OH 44137** |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

State the term remaining

List the contract number of any government contract

_____

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|

State the term remaining

List the contract number of any government contract

_____

**Ronniker Summers**
**5437 Grasmere**
**Maple Heights, OH 44137**

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|

State the term remaining

List the contract number of any government contract

_____

**Scott Parks**
**5165 Arch**
**Maple Heights, OH 44137**

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|

State the term remaining

List the contract number of any government contract

_____

**Shalonda Watts**
**5200 Catherine**
**Maple Heights, OH 44137**

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|

State the term remaining

List the contract number of any government contract

_____

**Sharmaine Heard**
**5031 E. 114th**
**Garfield Heights, OH 44125**

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** |
|---|---|---|

State the term remaining

List the contract number of any government contract

_____

**Stephanie Sanders & Maurice Lardell**
**14612 Reddington**
**Maple Heights, OH 44137**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tiera Anglin**<br>**19701 Maple Heights Blvd**<br>**Maple Heights, OH 44137** |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Tiffany Bostick**<br>**544 E. 253**<br>**Euclid, OH 44132** |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **VACANT**<br>**5222 Cato**<br>**Maple Heights, OH 44137** |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **VACANT**<br>**5220 Stanley**<br>**Maple Heights, OH 44137** |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Lease on Real Estate** | |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | **Vanessa Chancellor**<br>**19431 Maple Hts. Blvd.**<br>**Maple Heights, OH 44137** |

**Fill in this information to identify the case:**

Debtor name   **DJM Holdings, LTD**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OHIO

Case number (if known)   **19-12950**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Real Time Resolutions** | ■ D  **2.39**<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Ocwen** | ■ D  **2.35**<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **American Home Mortgage** | ■ D  **2.1**<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Ocwen** | ■ D  **2.36**<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Selene Finance** | ■ D  **2.43**<br>☐ E/F _____<br>☐ G _____ |

19-12950-aih   Doc 20   FILED 06/24/19   ENTERED 06/24/19 10:01:24   Page 43 of 62

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | American Home Mortgage | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | BSI | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | BSI | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | BSI | ■ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | Wells Fargo Home Mortgage | ■ D __2.51__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | Specialized Loan Servicing | ■ D __2.49__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | Mr Cooper | ■ D __2.28__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | SN Servicing | ■ D __2.47__<br>☐ E/F _____<br>☐ G _____ |

| | **Additional Page to List More Codebtors** | | |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | Mr Cooper | ■ D __2.34__ ☐ E/F ____ ☐ G ____ |
| 2.15 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | BSI | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.16 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | Chase | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |
| 2.17 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | Chase | ■ D __2.8__ ☐ E/F ____ ☐ G ____ |
| 2.18 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | Chase | ■ D __2.9__ ☐ E/F ____ ☐ G ____ |
| 2.19 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | Chase | ■ D __2.10__ ☐ E/F ____ ☐ G ____ |
| 2.20 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | Select Portfolio Servicing Corp | ■ D __2.40__ ☐ E/F ____ ☐ G ____ |
| 2.21 | Martin and Deborah Maniaci | 10100 Pinecrest Road Concord, OH 44077 | Select Portfolio Servicing Corp | ■ D __2.41__ ☐ E/F ____ ☐ G ____ |

19-12950-aih    Doc 20    FILED 06/24/19    ENTERED 06/24/19 10:01:24    Page 45 of 62

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.22 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Select Portfolio Servicing Corp** | ■ D   **2.42** ☐ E/F _____ ☐ G _____ |
| 2.23 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Mr Cooper** | ■ D   **2.29** ☐ E/F _____ ☐ G _____ |
| 2.24 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Mr Cooper** | ■ D   **2.30** ☐ E/F _____ ☐ G _____ |
| 2.25 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Mr Cooper** | ■ D   **2.31** ☐ E/F _____ ☐ G _____ |
| 2.26 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Mr Cooper** | ■ D   **2.32** ☐ E/F _____ ☐ G _____ |
| 2.27 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Mr Cooper** | ■ D   **2.33** ☐ E/F _____ ☐ G _____ |
| 2.28 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Shellpoint** | ■ D   **2.45** ☐ E/F _____ ☐ G _____ |
| 2.29 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Fifth Third Bank** | ■ D   **2.23** ☐ E/F _____ ☐ G _____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Martin and Deborah Maniaci** | 10100 Pinecrest Road Concord, OH 44077 | **First Merit Bank** | ■ D   **2.26**<br>☐ E/F ____<br>☐ G ____ |

| 2.30 | **Martin and**<br>**Deborah Maniaci** | **10100 Pinecrest Road**<br>**Concord, OH 44077** | **First Merit Bank** | ■ D    **2.26**<br>☐ E/F ____<br>☐ G ____ |
|---|---|---|---|---|
| 2.31 | **Martin and**<br>**Deborah Maniaci** | **10100 Pinecrest Road**<br>**Concord, OH 44077** | **First Merit** | ■ D    **2.24**<br>☐ E/F ____<br>☐ G ____ |
| 2.32 | **Martin and**<br>**Deborah Maniaci** | **10100 Pinecrest Road**<br>**Concord, OH 44077** | **First Merit** | ■ D    **2.25**<br>☐ E/F ____<br>☐ G ____ |
| 2.33 | **Martin and**<br>**Deborah Maniaci** | **10100 Pinecrest Road**<br>**Concord, OH 44077** | **Ocwen** | ■ D    **2.37**<br>☐ E/F ____<br>☐ G ____ |
| 2.34 | **Martin and**<br>**Deborah Maniaci** | **10100 Pinecrest Road**<br>**Concord, OH 44077** | **Ocwen** | ■ D    **2.38**<br>☐ E/F ____<br>☐ G ____ |
| 2.35 | **Martin and**<br>**Deborah Maniaci** | **10100 Pinecrest Road**<br>**Concord, OH 44077** | **Seterus** | ■ D    **2.44**<br>☐ E/F ____<br>☐ G ____ |
| 2.36 | **Martin and**<br>**Deborah Maniaci** | **10100 Pinecrest Road**<br>**Concord, OH 44077** | **Mr Cooper** | ■ D    **2.27**<br>☐ E/F ____<br>☐ G ____ |
| 2.37 | **Martin and**<br>**Deborah Maniaci** | **10100 Pinecrest Road**<br>**Concord, OH 44077** | **Fay Servicing** | ■ D    **2.22**<br>☐ E/F ____<br>☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | | |
|---|---|---|---|---|---|
| 2.38 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Shellpoint** | ■ D    **2.46** □ E/F □ G | |
| 2.39 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Specialized Loan Servicing** | ■ D    **2.50** □ E/F □ G | |
| 2.40 | **Martin and Deborah Maniaci** | **10100 Pinecrest Road Concord, OH 44077** | **Specialized Loan Servicing** | ■ D    **2.48** □ E/F □ G | |

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:   Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other | **$206,389.00** |
   | **For prior year:**<br>From **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other | **$479,117.00** |
   | **For year before that:**<br>From **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other | **$484,884.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:   List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|
   | | | | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

19-12950-aih   Doc 20   FILED 06/24/19   ENTERED 06/24/19 10:01:24   Page 49 of 62

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Treasurer of Cuyahoga County v DJM Holdings**<br>BR 18 017795 | **Tax Foreclosure** | **Cuyahoga County Court of Common Pleas** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. **The Bank of New York Melon v Matin Maniaci et al**<br>CV 18 895266 | **Foreclosue** | **Cuyahoga County Common Pleas Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. **Bank of New York Mellon v DJM Holdings**<br>CV 18 895337 | **Foreclosure** | **Cuyahoga County Common Pleas Court**<br>**1200 Ontario Ave**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. **US Bank v Deborah Maniaci et al**<br>CV 18 906891 | **Foreclosure** | **Cuyahoga County Common Pleas Court**<br>**1200 Ontario Ave**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. **US Bank v DJM Holdings et al**<br>CV 17 882700 | **Foreclosure** | **Cuyahoga County Common Pleas Court**<br>**1200 Ontario Ave**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.6. **Aurora Loan Services v Martin Maniaci et al**<br>**CV 10 734164** | **Foreclosure** | **Cuyahoga County Common Pleas Court**<br>**1200 Ontario Ave**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. **Citimortgage v DJM Holdings et al**<br>**CV 10 737179** | **Foreclosure** | **Cuyahoga County Common Pleas Court**<br>**1200 Ontario Ave**<br>**Cleveland, OH 44113** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. **State of Ohio v DJM Holdings**<br>**2018 CRB 008720** | **Housing Misdemeanor** | **Cleveland Municipal Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. **State of Ohio v DJM Holdings**<br>**2018 CRB 006310** | **Housing Misdemeanor** | **Cleveland Municipal Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. **State of Ohio v DJM Holdings**<br>**2018 CRB 011753** | **Housing Misdemeanor** | **Cleveland Municipal Court** | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:     Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:     Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:     Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | | | **5/2019** **As of the commencement of this case under Chapter 11, the above-named counsel is holding $ 6,712.50 unapplied retainer for legal services, plus $1,717.00 used for costs paid by credit card. Movant has been paid to date prior to filing during the past one year the sum of $10,000.00 plus $1,717.00 for court costs, i.e., an aggregate of $ 11,717.00, of which $ 6,712.50 has not been applied, and $3,287.50 has been earned as pre-petition fees. Attorney intends to Apply for Fees.** | |
| | **FORBES LAW LLC** **Main Street Law Building** **166 Main Street** **Painesville, OH 44077** | | | **$3,287.50** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.  **DJM Holdings**<br>**10100 Pinecrest**<br>**Concord, OH 44077** | **Single Member LLC**<br>**construction/rental property** | EIN:   **8090**<br><br>From-To   **1/3/2000** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Neece & Malec**<br>**121 South Street**<br>**Suite 201**<br>**Chardon, OH 44024** | |
| 26a.2.  **Deborah Maniaci**<br>**10100 Pinecrest**<br>**Concord, OH 44077** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
| --- | --- | --- |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
| --- | --- | --- | --- |
| Martin Maniaci | 10100 Pinecrest | Single Member | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
| --- | --- | --- | --- |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
| --- | --- |

**32.** Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
| --- | --- |

| **Part 14:** | **Signature and Declaration** |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 24, 2019**

**/s/ Martin A. Maniaci**                              **Martin A. Maniaci**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Northern District of Ohio

In re    **DJM Holdings, LTD**       Case No.   **19-12950**

Debtor(s)      Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | * |
| Prior to the filing of this statement I have received | $ | 3287.50 |
| Balance Due | $ | * |

\* AS OF THE COMMENCEMENT OF THIS CASE UNDER CHAPTER 11, THE

ABOVE-NAMED COUNSEL IS HOLDING $ 6,712.50 UNAPPLIED RETAINER FOR

LEGAL SERVICES, PLUS $1,717.00 USED FOR COSTS PAID BY CREDIT CARD.

MOVANT HAS BEEN PAID TO DATE PRIOR TO FILING DURING THE PAST ONE

YEAR THE SUM OF $10,000.00 PLUS $1,717.00 FOR COURT COSTS, I.E., AN

AGGREGATE OF $ 11,717.00, OF WHICH $ 6,712.50 HAS NOT BEEN APPLIED.

ATTORNEY INTENDS TO APPLY FOR FEES.

2.    The source of the compensation paid to me was:

     ☑ Debtor     ☐ Other (specify):

3.    The source of compensation to be paid to me is:

     ☑ Debtor     ☐ Other (specify):

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d. [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions, preparation and costs of amendments to schedules or any other adversary proceeding.**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
### (Continuation Sheet)

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **June 24, 2019** | */s/ Glenn E. Forbes* |
| *Date* | **Glenn E. Forbes 0005513** |
| | *Signature of Attorney* |
| | **FORBES LAW LLC** |
| | **166 MAIN STREET** |
| | **Painesville, OH 44077** |
| | **440-357-6211** |
| | **bankruptcy@geflaw.net** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Northern District of Ohio

In re **DJM Holdings, LTD**

Debtor(s)

Case No. **19-12950**

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| -NONE- | | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **June 24, 2019**

Signature **/s/ Martin A. Maniaci**

**Martin A. Maniaci**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re   **DJM Holdings, LTD**                            Case No.   **19-12950**

                                                Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 24, 2019**                       **/s/ Martin A. Maniaci**

                                              **Martin A. Maniaci**/
                                              Signer/Title